UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAJA NAEEM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11CV670 RWS |
| ) | |
| METROPOLITAN TAXICAB ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court upon defendants' motion to clarify. Plaintiffs' motion for leave to file an amended complaint will be granted, plaintiffs' proposed amended complaint will be deemed filed as of this date, and defendants' motions to dismiss the complaint will be denied as moot. Because plaintiffs assert a RICO claim in their amended complaint, defendants point out that plaintiffs' motion for remand is now moot. It appears to the Court that this is indeed the case, but I will give plaintiffs until Friday to either withdraw their motion for remand or file a reply brief explaining why this case should still be remanded even though they are now pleading a claim under a federal statute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file an amended complaint [#33] is granted, and plaintiffs' proposed amended complaint [#37] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss [#22 and #25] are denied as moot.

**IT IS FURTHER ORDERED** that plaintiffs shall either withdraw their motion for remand [#31 and #34] or file a reply brief in support of remand as set out above by **Friday, May 27, 2011. If plaintiffs do not comply with this Order, the motion for remand will be deemed abandoned and will be denied without further notice by this Court. In addition, plaintiffs may be subject to sanctions for failure to comply with an Order of this Court.**

**IT IS FURTHER ORDERED** that defendants' motion to clarify [#43] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2011.